UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAAJIB JACKSON,

     Plaintiff,

-against-

MIDDLETOWN N.Y. POLICE DEPARTMENT, *et al.*,

     Defendants.

23-CV-1595 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated May 4, 2023, the Court directed Plaintiff, within sixty days, to file an amended complaint to address deficiencies in his original pleading. On July 7, 2023, the Court received a letter from Plaintiff requesting an extension of time to file an amended complaint. The request for an extension of time is granted. Plaintiff is directed to file an amended complaint within sixty days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, the complaint will be dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 17, 2023
    New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge