UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAAJIB JACKSON,

                Plaintiff,

-against-

MIDDLETOWN NY POLICE DEPT., ET AL.,

                Defendants.

23-CV-1595 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 4, 2023, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. On July 19, 2023, the Court granted Plaintiff a 60-day extension of time to comply with the order to amend. Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:  October 11, 2023
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge